January 15, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

THOMAS G. SCHURING AND ROSE M. SCHURING, Appellants

NO. 14-12-00250-CV                           V.

FOSTERS MILL VILLAGE COMMUNITY ASSOCIATION, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Fosters Mill Village Community Association, signed January 26, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Thomas G. Schuring and Rose M. Schuring, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.